■ In the Matter of the Claim of MARIA BERESKY, Appellant, v. 36 WALL STREET CORP. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— *Per Curiam.* The board was entitled to accept the medical opinion that decedent's work effort was not a factor in his heart attack and death; and we find in its decision no basis for appellant's contention that it misapprehended or improperly applied the correct test in heart cases. Decision affirmed, without costs. Gibson, P. J., Herlihy, Reynolds, Taylor and Aulisi, JJ., concur.

■ ROSA MORAWSKI, Respondent, v. ANN G. GAUNAY, Defendant, and FREDERICK W. ABBOTT, Doing Business as ABBOTT MOVING & STORAGE CO., Appellant.— GIBSON, P. J. Appellant's drayman's lien (Lien Law, § 187) was subordinate to the lien of respondent's chattel mortgage previously recorded, inasmuch as no statute provided a different priority (cf. *Matter of Conklin* v. *Long,* 18 A D 2d 246, 250, and authorities there cited). Appellant's affidavit in opposition to the motion is completely inadequate and furnishes no factual support for the contention that the services giving rise to the lien were authorized by respondent or rendered for her benefit and her priority thereby extinguished. It follows that summary judgment was properly granted. Order affirmed, without costs. Herlihy, Reynolds, Taylor and Hamm, JJ., concur.